UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAMES WALKER, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | CAUSE NO. 3:06-CV-402 RM |
| DAVID DONAHUE, *et al.*, | ) ) ) | |
| Defendants | ) | |

## OPINION AND ORDER

On June 27, 2006, James Walker, a *pro se* prisoner filed a motion for preliminary injunction. Pursuant to the court's January 18, 2007 screening order, the only claim that remained viable in Mr. Walker's motion for preliminary injunction was his claim against William Wilson regarding his spinal cord stimulator remote control. On February 22, the court set a hearing on Mr. Walker's motion.

On February 21, Mr. Walker filed a second motion for preliminary injunction. This motion raises many of the same claims that he raised in his first motion for preliminary injunction. Mr. Walker also raised issues that the court has determined are outside the scope of Mr. Walker's current pleadings. Mr. Walker's first motion for preliminary injunction adequately addresses the issues Mr. Walker wishes to raise and has been permitted to proceed on. The second motion for preliminary injunction does not appear to be necessary. The court will address Mr. Walker's first motion for preliminary injunction at the hearing.

For the foregoing reasons, the court **DENIES** Mr. Walker's second motion for preliminary injunction (docket # 21).

IT IS SO ORDERED.

ENTERED: February  28 , 2007

>	/s/ Robert L. Miller, Jr.
> Chief Judge
> United States District Court