UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES WALKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CAUSE NO. 3:06-CV-402 RM |
| DAVID DONAHUE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## OPINION AND ORDER

On March 8, 2007, the court held an in-court hearing on the plaintiff's motion for preliminary injunction. For the reasons stated in open court, the court **DENIED** the motion for preliminary injunction (docket # 3).

IT IS SO ORDERED.

ENTERED: March  9 , 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court